**Order entered December 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00590-CV

**TROY HEIFNER, Appellant**

**V.**

**MARION NIXON,**
**AS INDEPENDENT EXECUTOR OF ESTATE OF BILLIE DEAN HEIFNER, Appellee**

**On Appeal from the County Court at Law**
**Rockwall County, Texas**
**Trial Court Cause No. CI 14-082**

## ORDER

We **GRANT** appellee's December 18, 2015 second motion for an extension of time to file a brief. Appellee shall file a brief by **JANUARY 18, 2016**.

/s/    ELIZABETH LANG-MIERS
       JUSTICE